UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60627-CIV-ROSENBAUM/HUNT

NADEGE LANOUE, as presumptive Personal
Representative of the Estate of
CEDRICK TELASCO,

       Plaintiff,

v.

CITY OF LAUDERHILL, *et al.*,

       Defendants.

_____/

**ORDER TO FILE LATE DOCUMENT**

This matter is before the Court upon a review of the case file. On March 18, 2013, Defendants removed this case from Florida state court. D.E. 1. That same day, this Court issued an Order requiring the parties to meet and confer regarding discovery and scheduling issues within twenty-one days of the Order, and to file a joint discovery plan and conference report with the Court within fourteen days of the parties' conference. D.E. 3, ¶¶ 2-3. Thus, the maximum time available for the parties to file a joint discovery plan and conference report expired on April 22, 2013. To date, no discovery plan and conference report has been filed by the parties.

Accordingly, it is **ORDERED and ADJUDGED** that on or before **May 3, 2013**, the parties shall file a joint discovery plan and scheduling report as previously required by the Court. A failure to timely respond to this Order may result in sanctions being imposed against the offending party or

parties.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 26th day of April 2013.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record