UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-60627-CIV-ROSENBAUM/HUNT

NADEGE LANOUE,

       Plaintiff,

v.

CITY OF LAUDERHILL, *et al.*,

       Defendants.

_____/

**ORDER REQUIRING PARTIES TO FILE NOTICE OF MEDIATOR SELECTION**

The case is before the Court upon a review of the record. On May 6, 2013, the Court entered a Scheduling Order requiring the parties to file a notice on or before July 5, 2013, indicating whether they have agreed on a mediator. D.E. 30 at 1. To date, however, the parties have not filed this notice.

Accordingly, it is **ORDERED and ADJUDGED** that on or before **July 24, 2013**, the parties shall file a notice indicating whether they have agreed on a mediator. Failure to timely comply with this Order may result in sanctions being imposed on the offending party or parties.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 17th day of July 2013.

                                                    ROBIN S. ROSENBAUM
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:
The Honorable Patrick M. Hunt
Counsel of record